KROLOFF, BELCHER, SMART,
PERRY & CHRISTOPHERSON
Velma K. Lim (SBN 111006)
vlim@kroloff.com
Jamie M. Bossuat (SBN 267458)
jbossuat@kroloff.com
7540 Shoreline Drive
Stockton, CA 95219
Telephone:  (209) 478-2000
Facsimile:   (209) 478-0354

Attorneys for Defendants
RALPH AQUARO and TRACO, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>RALPH AQUARO; TRACO, INC., and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:14-CV-01267-MCE-DAD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING; ORDER** |

　　　IT IS HEREBY STIPULATED AND AGREED between plaintiff Scott Johnson and defendants Ralph Aquaro and Traco, Inc., through their respective attorneys, that the deadline for Ralph Aquaro and Traco, Inc. to file a responsive pleading shall be extended by twenty-eight (28) days to August 12, 2014.  The parties previously stipulated to an initial twenty-eight (28) day extension to July 15, 2014.  (ECF No. 4.)  Good cause exists for this additional extension because the parties are presently discussing settlement and require additional time to exhaust efforts to resolve this matter informally.

Dated: July ___, 2014　　　　　　　　　　CENTER FOR DISABILITY ACCESS


　　　　　　　　　　　　　　　　　　　　　———————————————
　　　　　　　　　　　　　　　　　　　　　PHYL GRACE
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　SCOTT JOHNSON

| | |
|---|---|
| 1  Dated: July ___, 2014 | KROLOFF, BELCHER, SMART, |
| 2 | PERRY & CHRISTOPHERSON |

_____
JAMIE M. BOSSUAT
Attorneys for Defendants
RALPH AQUARO and TRACO, INC.

### ORDER

Pursuant to the stipulation between the parties, ECF No. 5, Defendants Ralph Aquaro and Traco, Inc. are ORDERED to file a responsive pleading on or by August 12, 2014.

IT IS SO ORDERED.

Dated: July 23, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT