| | |
|---|---|
| 1 | KROLOFF, BELCHER, SMART, PERRY & CHRISTOPHERSON |
| 2 | Velma K. Lim (SBN 111006) |
| | vlim@kroloff.com |
| 3 | Jamie M. Bossuat (SBN 267458) |
| | jbossuat@kroloff.com |
| 4 | 7540 Shoreline Drive |
| | Stockton, CA 95219 |
| 5 | Telephone:  (209) 478-2000 |
| | Facsimile:   (209) 478-0354 |
| 6 | |
| 7 | Attorneys for Defendants |
| | RALPH AQUARO and TRACO, INC. |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT JOHNSON, | Case No. 2:14-CV-01267-MCE-DAD |
| Plaintiffs, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING AND ORDER** |
| vs. | |
| RALPH AQUARO; TRACO, INC., and DOES 1-10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff Scott Johnson and defendants Ralph Aquaro and Traco, Inc., through their respective attorneys, that the deadline for Ralph Aquaro and Traco, Inc. to file a responsive pleading shall be extended by twenty-eight (28) days to September 9, 2014.  The parties stipulated to an initial twenty-eight (28) day extension to Tuesday, July 15, 2014. (ECF No. 4.)  The Court then ordered a further extension to August 12, 2014 pursuant to a further stipulation by the parties. (ECF No. 6.)  Good cause exists for this additional extension because the parties have made progress in their negotiations and believe that a further extension will allow this matter to be resolved informally.

Dated: August ___, 2014                    CENTER FOR DISABILITY ACCESS


_____
PHYL GRACE
Attorneys for Plaintiff
SCOTT JOHNSON

Dated: August ___, 2014            KROLOFF, BELCHER, SMART,
                                   PERRY & CHRISTOPHERSON

                                   _____
                                   JAMIE M. BOSSUAT
                                   Attorneys for Defendants
                                   RALPH AQUARO and TRACO, INC.

### **ORDER**

Upon consideration of foregoing stipulation between the parties, and good cause appearing, IT IS SO ORDERED.

Dated: September 3, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT