1
KROLOFF, BELCHER, SMART,
PERRY & CHRISTOPHERSON
2
Velma K. Lim (SBN 111006)
vlim@kroloff.com
3
Jamie M. Bossuat (SBN 267458)
jbossuat@kroloff.com
4
7540 Shoreline Drive
Stockton, CA 95219
5
Telephone:  (209) 478-2000
Facsimile:   (209) 478-0354
6
Attorneys for Defendants
7
RALPH AQUARO and TRACO, INC.

8

9
## UNITED STATES DISTRICT COURT

10
## EASTERN DISTRICT OF CALIFORNIA

11
SCOTT JOHNSON,                          Case No. 2:14-CV-01267-MCE-DAD

12
                 Plaintiffs,            **STIPULATION TO EXTEND TIME FOR**
                                        **DEFENDANTS TO FILE A RESPONSIVE**
13
vs.                                     **PLEADING AND ORDER**

14
RALPH AQUARO; TRACO, INC., and DOES
1-10, inclusive,
15
                 Defendants.
16

17
        IT IS HEREBY STIPULATED AND AGREED between plaintiff Scott Johnson and

18
defendants Ralph Aquaro and Traco, Inc., through their respective attorneys, that the deadline for

19
Ralph Aquaro and Traco, Inc. to file a responsive pleading shall be extended by thirty (30) days to

20
October 9, 2014.  The parties stipulated to an initial twenty-eight (28) day extension to Tuesday, July

21
15, 2014.  (ECF No. 4.)  The Court then ordered further extensions to September 9, 2014 pursuant to

22
stipulation by the parties.  (ECF Nos. 6 and 8.)  Good cause exists for an additional extension because

23
the parties have made progress in their negotiations and believe that a further extension will allow this

24
matter to be resolved informally.

25

26
Dated:  September 9, 2014              CENTER FOR DISABILITY ACCESS

27
                                       */s/ Phyl Grace*
                                      _____
28
                                      PHYL GRACE
                                      Attorneys for Plaintiff
                                      SCOTT JOHNSON

1  Dated:  September 9, 2014          KROLOFF, BELCHER, SMART,
2                                     PERRY & CHRISTOPHERSON

3                                      _/s/ Jamie M. Bossuat_____
4                                     JAMIE M. BOSSUAT
                                      Attorneys for Defendants
5                                     RALPH AQUARO and TRACO, INC.

6

7                               **ORDER**

8         Upon consideration of foregoing stipulation between the parties, and good cause appearing, the

9
10  deadline for Defendant Ralph Aquaro and Traco, Inc. to file a responsive pleading is CONTINUED to

11  October 9, 2014.

12        IT IS SO ORDERED.

13

14  Dated:  September 12, 2014

15

16  _____

17  MORRISON C. ENGLAND, JR., CHIEF JUDGE
    UNITED STATES DISTRICT COURT

18

19

20

21

22

23

24

25

26

27

28