KROLOFF, BELCHER, SMART,
PERRY & CHRISTOPHERSON
Velma K. Lim (SBN 111006)
vlim@kroloff.com
Jamie M. Bossuat (SBN 267458)
jbossuat@kroloff.com
7540 Shoreline Drive
Stockton, CA 95219
Telephone:  (209) 478-2000
Facsimile:  (209) 478-0354

Attorneys for Defendants
RALPH AQUARO and TRACO, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case No. 2:14-CV-01267-MCE-DAD |
| Plaintiffs, | **NOTICE OF SETTLEMENT; ORDER** |
| vs. | |
| RALPH AQUARO; TRACO, INC., and DOES 1-10, inclusive, | |
| Defendants. | |

## NOTICE OF SETTLEMENT

Plaintiff Scott Johnson and defendants Ralph Aquaro and Traco, Inc., by and through their counsel of record, hereby notify the Court that the Parties have reached a settlement in the above-entitled matter in Local Rule 160.  Plaintiff's Complaint was filed on May 23, 2014 and defendants deadline to file a responsive pleading is presently September 9, 2014.  (Stipulation and Order, ECF No. 8.)  As a result of the settlement, the parties hereby request all existing deadlines be vacated and that the plaintiff be given no less than thirty (30) days to file a Dismissal to allow for performance of the terms of the settlement.

///

///

///

1   Dated:  September 23, 2014              KROLOFF, BELCHER, SMART,
2                                          PERRY & CHRISTOPHERSON

3
                                           _____/s/ Jamie M. Bossuat_____
4                                          JAMIE M. BOSSUAT
                                           Attorneys for Defendants
5                                          RALPH AQUARO and TRACO, INC.

6

7   Dated:  September 23, 2014              CENTER FOR DISABILITY ACCESS

8

9                                          _____/s/ Phyl Grace_____
                                           PHYL GRACE
10                                         Attorneys for Plaintiff
                                           SCOTT JOHNSON
11

12                                  **ORDER**

13

14
        Upon consideration of the parties' Notice of Settlement (ECF No. 11), and good cause
15
    appearing, all current deadlines are hereby VACATED and the parties are GRANTED thirty (30) days
16
    to file dispositional documents as required by Local Rule 160.  Failure to comply with this order may
17
    be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who
18
    cause non-compliance with this order.
19
        IT IS SO ORDERED.
20
    Dated: October 2, 2014
21

22

23   _____
     MORRISON C. ENGLAND, JR., CHIEF JUDGE
24   UNITED STATES DISTRICT COURT

25

26

27

28