UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SCOTT JOHNSON, | No. 2:14-cv-01267-MCE-DAD |
|---|---|
| Plaintiff, | |
| v. | **ORDER ON STIPULATION FOR DISMISSAL** |
| RALPH AQUARO et. al., | |
| Defendants. | |

Pursuant to the parties' October 7, 2014, Stipulation of Dismissal (ECF No. 12) and Federal Rule of Civil Procedure 41, this action is hereby DISMISSED with prejudice, each party to bear their own attorneys' fees and costs. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: October 14, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1